# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| KATHRYN L. BRICHTO-BLAKELY, Individually and as the Representative of the Estate of RICKY N. BLAKELY, and DELIA BLAKELY-VALENTI, <br><br> Plaintiffs, <br><br> vs. <br><br> ATLAS AIR WORLDWIDE HOLDINGS, INC., and ATLAS AIR, INC., <br><br> Defendants | ) ) ) ) ) ) ) C.A. NO.: 3:20-cv-00087 ) ) ) ) ) ) ) ) ) |

## STIPULATION OF DISMISSAL AS TO ALL CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(2) all Plaintiffs stipulate to the with prejudice dismissal of all claims and causes of action that were brought or could have been asserted against Defendants by, through or under Plaintiffs.

Respectfully submitted,

SORRELS LAW

 */s/ Randall O. Sorrels*
Randall O. Sorrels
Texas Bar No. 10000000
SDTX Bar No. 11115
5300 Memorial Dr. Suite 270
Houston, Texas 77007
Tel: 713-496-1100
Fax: 713-238-9500
randy@sorrelslaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

{00071283-1 }

Of counsel:

Dennis J. Sullivan
Jad J. Stepp
STEPP & SULLIVAN, PC
5300 Memorial Drive, Suite 620
Houston, Texas 77007
dsullivan@ss-pc.com
jstepp@ss-pc.com

/s/ Pamela C. Hicks
Pamela C. Hicks
Texas Bar No. 24007002
Federal ID No. 23061
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Email: phicks@hdwlegal.com
(713) 589-2240
(713) 277-7220 (fax)

**ATTORNEY-IN-CHARGE FOR ATLAS AIR, INC. AND ATLAS AIR WORLDWIDE HOLDINGS, INC.**

Of Counsel:

HICKS DAVIS WYNN, PC
3555 Timmons Lane, Suite 1000
Houston, Texas 77098
(713) 589-2240
(713) 277-7220 (fax)

-and-

Andrew J. Harakas (admitted Pro Hac Vice)
CLYDE & CO. US LLP
405 Lexington Avenue
New York, New York 10174
Email: Andrew.harakas@clydeco.us
(212)710-3900
(212) 710-3950 (fax)

## CERTIFICATE OF SERVICE

I certify that on June 16, 2021 a true and correct copy of the foregoing Stipulation of Dismissal has been served via ECF on all counsel of record as follows:

Dennis J. Sullivan
Jad J. Stepp
STEPP & SULLIVAN, PC
5300 Memorial Drive, Suite 620
Houston, Texas 77007
dsullivan@ss-pc.com
jstepp@ss-pc.com

Pamela C. Hicks
3555 Timmons Lane, Suite 1000
Houston, Texas 77027
Email: phicks@hdwlegal.com

HICKS DAVIS WYNN, PC
3555 Timmons Lane, Suite 1000
Houston, Texas 77098
(713) 589-2240
(713) 277-7220 (fax)

Andrew J. Harakas (admitted Pro Hac Vice)
CLYDE & CO. US LLP
405 Lexington Avenue
New York, New York 10174
Email: Andrew.harakas@clydeco.us

*/s/ Randall O. Sorrels*
Randall O. Sorrels