UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| KATHRYN L. BRICHTO-BLAKELY, *ET AL.*, § § § *Plaintiffs*, § VS. § ATLAS AIR WORLDWIDE HOLDINGS, INC., *ET AL.*, § § § *Defendants*. § | CIVIL ACTION NO. 3:20-CV-87 |

## ORDER

Before the court is the plaintiffs' stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. Dkt. 34. The court acknowledges the stipulation. Accordingly, the plaintiffs' claims against the defendants are dismissed with prejudice.

Each party shall bear its own costs and attorneys' fees.

Signed on Galveston Island on the 17th day of June, 2021.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

1 / 1